# FROSS ZELNICK LEHRMAN & ZISSU, P.C.

**Partners**
Ronald J. Lehrman
Stephen Bigger
Roger L. Zissu
Richard Z. Lehv
David Ehrlich
Susan Upton Douglass
Janet L. Hoffman
Peter J. Silverman
Lawrence Eli Apolzon
Barbara A. Solomon
Mark D. Engelmann
Nadine H. Jacobson
Andrew N. Fredbeck
Craig S. Mende
Allison Strickland Ricketts
John P. Margiotta
Lydia T. Gobena
Carlos Cucurella
James D. Weinberger
David Donahue
Nancy E. Sabarra
Charles T.J. Weigell III
Laura Popp-Rosenberg
Cara A. Boyle
Karen Lim

**Counsel**
James D. Silberstein
Joyce M. Ferraro
Robert A. Becker
Michael Chiappetta
Tamar Niv Bessinger
Nancy C. DiConza

**Associates**
Jason Jones
Anna Leipsic
Leo Kittay
Todd Martin
Carissa L. Weiss
Robin N. Baydurcan
Sherri N. Duitz
Amanda B. Agati
Jennifer Insley-Pruitt
Emily Weiss
Ashford Tucker
Jessica Meiselman
Erica Gould
Matthew Frisbee
Celadon Whitehurst

February 13, 2014

**BY ECF AND EMAIL**

The Honorable Katherine B. Forrest, U.S.D.J.
United States District Court for the
   Southern District of New York
500 Pearl Street
New York, NY  10007

Re:   *Chloe, a division of Richemont North America, Inc. and Chloe S.A. v. Ubaldelli*,
      Case No. 06-CV-03140(KBF) (Our Ref.: CEH USA TC-09/08004)

Dear Judge Forrest:

We are counsel for Plaintiffs Chloe, a division of Richemont North America, Inc. and Chloe S.A. (together, "Plaintiffs") in the above-referenced case. We write pursuant to the Court's Order dated February 11, 2014, to advise the Court as to Plaintiffs' position on the appropriate next steps in this action.

As the Court is aware, defendant Simone Ubaldelli had his debts discharged through bankruptcy. Given that the Court has already granted summary judgment to Plaintiffs against Mr. Ubaldelli on the issue of liability (Dkt. #117), Plaintiffs have determined that there is nothing further to pursue in this case. I have spoken to counsel for Mr. Ubaldelli, and the parties agree that the case should be closed. If the Court requires anything further from the parties, we would be happy to provide it.

Respectfully submitted,

*[signature]*

John P. Margiotta

cc:   Michael Konopka, Esq. (by email)

{F1395070.1}

866 United Nations Plaza at First Avenue & 48th Street | New York, New York 10017
Phone 212.813.5900 | Fax 212.813.5901 | www.frosszelnick.com